

No. 17–0164/AR. U.S. v. Corey J. Brookshire. CCA 20160332. In the above referenced cases, on further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 17–0173/AR. U.S. v. Patrick Podobnik. CCA 20150692. In the above referenced cases, on further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.